IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-756 |
| | ) |
| KITAGAWA INDUSTRIES CO. LTD., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Plaintiff Parker-Hannifin Corporation ("Parker"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

(a)   *The identity of any parent corporation*:  Parker has no parent corporation.

(b)   *The identity of any publicly held corporation that owns 10% or more of its stock*:

No publicly held corporation owns 10% or more of Parker's stock.


Dated: December 15, 2006          /s/ Francis DiGiovanni
                                  Rudolf E. Hutz (#484)
                                  Harold Pezzner (#479)
                                  Francis DiGiovanni (#3189)
                                  CONNOLLY BOVE LODGE & HUTZ LLP
                                  The Nemours Building
                                  1007 N. Orange Street
                                  Wilmington, DE  19899
                                  Phone (302) 658-9141
                                  e-mail: fdigiovanni@cblh.com

                                  *Attorneys for Parker-Hannifin*